ACCEPTED
12-15-00186-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/1/2015 10:57:34 AM
Pam Estes
CLERK

## CAUSE NO. 12-15-00186-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| **VS.** | § | **TWELFTH COURT** |
| **LONNIE JOHNSON** | § | **OF APPEALS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/1/2015 10:57:34 AM
PAM ESTES
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes LONNIE JOHNSON, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.    This case is on appeal from the Third Judicial District Court of Anderson County, Texas.

2.    The case below was styled the STATE OF TEXAS vs. LONNIE JOHNSON, and numbered 31675.

3.    Appellant was convicted of Unlawful Possession of Metal or Body Armor by Felon, Impersonating a Public Servant, and Unlawful Possession of a Firearm by a Felon.

4.    Appellant was assessed a sentence of 30 years in the Texas Department of Criminal Justice, Institutional Division on June 29, 2015.

5.    Notice of appeal was given on July 21, 2015.

6.    The clerk's record was filed on August 25, 2015; the reporter's record was filed on September 18, 2015 and September 25, 2015.

7.    The appellate brief is presently due on November 30, 2015.

8.    Appellant requests an extension of time of 1 day from the present date, i.e. December 1, 2015.

9.    One prior extension to file the brief has been filed in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Appellant's attorney e-filed the brief timely on November 30, 2015. The Twelfth Court of Appeals returned the filing on December 1, 2015 stating, "This Brief is not PDF searchable; please resubmit brief in PDF searchable format; a motion for leave to file the brief late will also be required."

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

PHILIP C. FLETCHER
Attorney at Law
800 North Mallard
Palestine, Texas 75801
Telephone: (903) 731-4440
Facsimile: (903) 731-4474

By: _____
PHILIP C. FLETCHER
State Bar No. 00787478
Attorney for LONNIE JOHNSON

## CERTIFICATE OF SERVICE

This is to certify that on December 1, 2015, a true and correct copy of the above and foregoing document was served on the Anderson County District Attorney's Office by electronic filing manager.

_____
PHILIP C. FLETCHER

**STATE OF TEXAS**                                            §
                                                             §
**COUNTY OF ANDERSON**                                       §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared PHILIP

C. FLETCHER, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled

cause. I have read the foregoing Motion To Extend Time to File Appellant's

Brief and swear that all of the allegations of fact contained therein are true

and correct."

_____

PHILIP C. FLETCHER
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on December 1, 2015, to certify

which witness my hand and seal of office.

_____

Notary Public, State of Texas